IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 04-1223-JJF |
| MICHAEL BECKER, et al. | : |
| Defendants. | : |

### O R D E R

WHEREAS, the complaint in the above-captioned case was filed in September 2004;

WHEREAS, there having been no apparent activity in this matter for over 1 year;

NOW THEREFORE, IT IS HEREBY ORDERED that, on or before **April 10, 2006**, the Plaintiffs shall show cause why this case should not be dismissed for failure to prosecute pursuant to D. Del. LR 41.1.

March 24, 2006
DATE

UNITED STATES DISTRICT JUDGE